**KOLITCH ROMANO LLP**
SHAWN J. KOLITCH (Admitted *Pro Hac Vice*)
*Email: shawn@kolitchromano.com*
520 SW Yamhill St, Suite 200
Portland, OR 97204
Telephone: (503) 994-1650
Facsimile: (971) 279-4549

**MAYNARD COOPER & GALE LLP**
Judy M. Lam (SBN 173862)
*Email: jlam@maynardcooper.com*
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 596-4500
Facsimile: (310) 596-4360

*Attorneys for Plaintiff Future Motion, Inc.*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| FUTURE MOTION, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>CRAFT&RIDE LLC, a California limited liability company,<br><br>Defendant. | Case No. 5:19-CV-00475-JFW-KK<br><br>**PERMANENT INJUNCTION AND ORDER DISMISSING ACTION** |

On March 15, 2019, Future Motion, Inc. ("Future Motion") filed its Complaint against Craft&Ride LLC ("Craft&Ride"). On May 20, 2019, Craft&Ride filed its Answer to Complaint. In order to reduce the time and expense of litigation, the parties have executed an agreement settling this action, and as a condition of settlement, the parties have agreed to have the Court enter this Permanent Injunction and to dismiss this action. Therefore, IT IS HEREBY ORDERED AS FOLLOWS:

# FINDINGS

1. This Court has jurisdiction of the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, 1367. This Court has personal jurisdiction over Defendant.

2. Venue is proper in this judicial district as to all parties.

3. The Complaint states a claim upon which relief may be granted against Defendant at least under 15 U.S.C. § 1114, 15 U.S.C. § 1125, and California Business & Professions Code §17200 et seq.

4. Defendant has entered into this Permanent Injunction freely and without coercion.

5. Defendant hereby waives all rights to appeal or otherwise challenge or contest the validity of this Order.

# ORDER

Defendant is permanently restrained and enjoined as follows:

6. On any online store that Craft&Ride controls (currently only www.craftandride.com), at least once on each page on which Craft&Ride offers any aftermarket accessory for ONEWHEEL or other Future Motion products, Craft&Ride shall: (a) include the statement, "Craft&Ride is not affiliated with Future Motion, Inc.," or the equivalent, and (b) specify that its products are "aftermarket accessories" for Future Motion's products.

7. Craft&Ride, and its agents, subsidiaries, successors, and others acting in concert with Craft&Ride who receive actual notice of this Order, shall be permanently enjoined and restrained from using or publishing on the Craft&Ride website any Future Motion design mark or any copyrightable content owned by Future Motion (excluding images or videos that are not themselves owned by Future Motion but that feature Future Motion products or clothing bearing Future Motion design marks or copyrightable content).

8. This Court SHALL RETAIN JURISDICTION of this action to the extent necessary to ensure full compliance with this Stipulated Permanent Injunction, including enforcement by way of contempt or otherwise.

9. Before asserting any violation of this Stipulated Permanent Injunction, Future Motion shall serve Craft&Ride with a written notice describing with specificity the alleged violation. Future Motion must serve the notice within twenty days of learning of the alleged violation. Future Motion waives any such claim of which it does not give timely notice and an opportunity to cure under this section.

10. If the material claimed to violate the stipulated injunction was posted on the Internet, Craft&Ride may cure by removing it within three business days of service of the notice. In all other cases, Craft&Ride may take steps necessary to cure in an appropriate manner within ten business days of service of the notice. If Craft&Ride timely cures or takes steps necessary to cure, it will have no further liability for the claim.

11. If Craft&Ride fails to cure any alleged violation of this Stipulated Permanent Injunction within the time periods provided above, Future Motion may file a motion with this Court establishing compliance with the foregoing notice and cure provisions and requesting enforcement of this Stipulated Permanent Injunction.

12. Each party shall bear its own attorney's fees and costs relating to the present action, EXCEPT that in the event of any dispute regarding an alleged violation of this Stipulated Permanent Injunction, the prevailing party shall recover its reasonable attorney's fees and costs relating to that dispute.

13. All claims in this action SHALL BE DISMISSED WITH PREJUDICE without costs or attorney's fees to either party.

IT IS SO ORDERED.

Dated: November 20, 2019

                                                  Hon. John F. Walter
                                                  United States District Judge